In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-194 CV


____________________



CURTIS LEE MCNEARY, Appellant



V.



DEBORAH JOETTA MCNEARY, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 01-08-05170 CV






MEMORANDUM OPINION (1)


 The trial court signed a protective order in Cause No. 01-08-05170 CV on May 10,
2002. Curtis Lee McNeary filed a notice of appeal on April 21, 2003. On May 8, 2003,
we notified the appellant that our jurisdiction was not apparent from the notice of appeal. 
On May 27, 2003, McNeary informed the Court that the notice of appeal filed in Cause
No. 01-07-04631 is "replacing" the notice of appeal filed in Cause No. 01-08-05170 CV. 
The notice of appeal filed in that cause has been docketed separately as Appeal No. 09-03-00262-CV.

 The appellant has not demonstrated that he timely filed notice of appeal of an
appealable interlocutory order. See Tex. R. App. P. 26.1(b); Tex. Fam. Code Ann. §
105.001(e) (Vernon 2002). The appeal is dismissed for lack or jurisdiction.

 APPEAL DISMISSED.


 PER CURIAM


Opinion Delivered June 19, 2003

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.